

**Fred I. Williams**
Williams Simons & Landis PLLC
Direct: 512.543.1356
fwilliams@wsltrial.com

July 5, 2024

**Via ECF**

The Honorable Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1 - 4th Floor
1301 Clay Street
Oakland, CA 94612

Re:     *Gesture Technology Partners LLC v. Apple Inc.,* Case No. 4:22-cv-04806-YGR

To the Honorable Yvonne Gonzalez Rogers:

    Gesture Technology Partners LLC and Apple Inc. submit this joint letter pursuant to the Court's June 26 Order.  Dkt. No 80.  The parties met and conferred but were unable to agree on the reassignment of the above-captioned case to a magistrate judge.

Very truly yours,

DATED: July 5, 2024                WILLIAMS SIMONS & LANDIS PLLC

    By: */s/ Fred I. Williams*
    Fred I. Williams
    Attorney for Plaintiff

DATED: July 5, 2024                DLA PIPER LLP (US)

    By: */s/ Michael Jay*
    Michael Jay
    Attorney for Defendant