**Government Offices of Sweden**

26 September 2025
JUBC2025/00888

**Ministry of Justice Sweden**
Division for Criminal Cases and
International Judicial Co-operation
Central Authority
Desk Officer Maria Walter
ju.birs@gov.se

The Honorable Laurel Beeler
Magistrate Judge
United States District Court for the Northern
District of California
San Francisco Courthouse
Courtroom B – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102
United States of America

Copy by e-mail to:
Calendar Clerk & Courtroom Deputy
lbcrd@cand.uscourts.gov

### Re. request for legal assistance in a civil matter

*Your ref: Case No. 4:22-cv-04806*

Dear Honorable Laurel Beeler,

The Ministry of Justice has received the request for legal assistance in a civil matter in the above referenced case, dated 12 November 2024.

Please be informed that the Ministry of Justice is the designated Central Authority for requests for legal assistance in a civil matter. As far as we understand, the request was sent to another Swedish authority and the Ministry of Justice did not receive your request until recently, on 26 August 2025.

Considering that a response was requested *by 14 March 2025, or as soon thereafter as is reasonably possible*, I would like to kindly ask whether the request is still relevant and you wish for us to proceed and forward it to the competent Swedish judicial authority?

We apologise for any inconvenience the delay may have caused and we truly appreciate your patience and understanding.

Yours faithfully,

*Maria Walter*
Maria Walter

Telephone: +46 8 405 10 00
Fax: +46 8 20 27 34
Web: www.regeringen.se

Postal address: SE 103 33 Stockholm
Visitors' address: Jakobsgatan 24
Email: ju.birs@gov.se