UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
415-522-3140
LBCRD@cand.uscourts.gov

15 October 2025

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE



Via Email to ju.birs@gov.se

Ms. Maria Walter
Desk Officer
Ministry of Justice Sweden
Division for Criminal Cases and
International Judicial Co-operation Central Authority

RE: Request for legal assistance in a civil matter, Northern District of California Case No. 4:22-cv-0406

Dear Ms. Walter:

This letter responds to your letter dated 26 September 2025 (attached) about our earlier request dated 12 November 2024 (also attached) requesting legal assistance in our case, Case No. 4:22-cv-04806, to be provided by 14 March 2025. The Ministry of Justice, the designated Central Authority for requests, apparently did not receive our request until 26 August 2025 because it was addressed to a different Swedish authority. You asked whether the request is still relevant and whether we wish for you to proceed and forward the request to the competent Swedish authority.

The answer is yes: we request that you to proceed and to provide a response as soon as is reasonably possible. We understand the ordinary time frame to be approximately six months and appreciate any earlier response.

Very truly yours,

Laurel Beeler
United States Magistrate Judge

Enclosures