Eric Carr (SBN 333128)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel: (415) 426-4728
ecarr@bdiplaw.com

Fred I. Williams (admitted *pro hac vice*)
Texas State Bar No. 00794855
WILLIAMS SIMONS & LANDIS PC
The Littlefield Building
106 East Sixth Street, Suite 900-168
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com

John Wittenzellner (admitted *pro hac vice*)
WILLIAMS SIMONS & LANDIS PC
1735 Market Street, Suite 125 #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Gesture Technology Partners, LLC*

SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
CATHERINE HUANG (Bar No. 299696)
catherine.huang@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Tel: 858.677.1400

MICHAEL D. JAY (Bar No. 223827)
michael.jay@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: 310.595.3000

*Attorneys for Defendant, APPLE INC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | C.A. NO. 4:22-cv-04806-YGR<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**Judge:  Hon. Yvonne Gonzalez Rogers** |

1     **WHEREAS**, pursuant to the Court's February 27, 2025 Order granting Plaintiff's unopposed Motion to Stay (Dkt. No. 95), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") seek to dismiss all claims as specifically set forth below; and, for good cause shown;

    **IT IS HEREBY STIPULATED AND AGREED**, as follows:

1. All claims relating to U.S. Patent Nos. 8,194,924 ("the '924 patent"), 7,933,431 ("the '431 patent"), 8,878,949 ("the '949 patent"), and 8,553,079 (the "'079 patent") are dismissed with prejudice.

2. For the avoidance of doubt, this Stipulation and Order of Dismissal disposes of the entirety of this action between GTP and Apple.

3. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

Dated: December 16, 2025          Respectfully submitted,

By: */s/ Fred I. Williams*
Eric Carr (SBN 333128)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel: (415) 426-4728
Ecarr@dbiplaw.com

Fred I. Williams (admitted *pro hac vice*)
Texas State Bar No. 00794855
WILLIAMS SIMONS & LANDIS PC
The Littlefield Building
106 East Sixth Street, Suite 900-168
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com

John Wittenzellner (admitted *pro hac vice*)
WILLIAMS SIMONS & LANDIS PC
1735 Market Street, Suite 125 #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

**ATTORNEYS FOR PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC**


By: */s/ Michael Jay*
SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@us.dlapiper.com
CATHERINE HUANG (Bar No. 299696)
catherine.huang@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Tel: 858.677.1400

MICHAEL D. JAY (Bar No. 223827)
michael.jay@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: 310.595.3000

Christopher Deck
Christopher.deck@us.dlapiper.com
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000

John M. Guaragna
John.guaragna@us.dlapiper.com
**DLA PIPER LLC (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel: (512) 457-7125


**ATTORNEYS FOR DEFENDANT APPLE, INC.**

3

**IT IS SO ORDERED.**

_____     Dated: December __17__, 2025
Honorable Yvonne Gonzalez Rogers, U.S.D.J.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Fred Williams, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2025                    By: */s/ Fred I. Williams*
                                                                                Fred I. Williams