

| MALMÖ DISTRICT COURT<br>Division 4 | **ENQUIRY**<br>17 December 2025 | File annex 7<br>Case no T 14242-25<br>Unit 404 T |
|---|---|---|

United States District Court Northern District of California

**Parties**: United States District Court Northern District of California ./. Crunchfish AB
**Case concerning**: taking of evidence for a foreign court

To whom it may concern,

Malmo District Court in Sweden has received a request concerning the taking of evidence from the United States District Court for the Northern District of California. The District Court now offers the US Court the opportunity to clarify this request.

The District Court asks that you take note of Sweden's declaration concerning Article 23 of the *1970 Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters*, as well as the supplement to that declaration. The declaration and the supplement make clear that a request for the taking of evidence relating to the procedure of pre-trial discovery of documents as applied in common law states will not be complied with. Should the US Court wish to proceed with the submitted request, the District Court would like to provide the following information.

Under the Swedish legal system, a request to obtain documents and hearings related to this can be considered by the District Court through a procedure involving an order for the production of documents. Should the opposite party hold written documents that can be assumed to be of importance as evidence, they are obliged to produce them. There are exceptions to this obligation with regard to documents that contain professional secrets or personal notes.

The US Court is now offered the opportunity to supplement its request by specifying which documents you request Crunchfish AB to produce and the reasons for doing so. The US Court is also offered the opportunity to provide more detail about the hearings you request the Swedish Court to conduct, including information as to who is to be heard, their contact details and information concerning what the hearings will focus on. Furthermore, the District Court wishes to point out that under the Swedish legal system, hearings regarding the production of documents are held ahead of a final decision concerning obtaining such documents. Accordingly, the hearings are to consider the right to obtain documents. This means that the District Court may find that hearings requested pursuant to the current request from the US Court, which are also requested to be held after a decision on obtaining documents has been taken, may be rejected or dismissed.

For information about the processing of personal data by the Court, see www.domstol.se/personuppgifter. For other information, use the following details.

| Visitors' address | Office hours | Postal address | Email |
|---|---|---|---|
| Bangårdsplatsen 2 | Monday–Friday | Box 265 | malmo.tingsratt@dom.se |
| Telephone | 08:15 – 16:00 | 201 22 Malmö | Website |
| +46 40 35 30 00 | | | www.malmotingsratt.domstol.se |

Doc. ID 1962796

MALMÖ DISTRICT COURT                                               Case no T 14242-25

Please reply to the above by **12 March 2026.** Should the US Court not respond or if the clarifications received are not such that the request can be granted, the District Court may reject or dismiss the US Court's request concerning the taking of evidence.

———

Kind regards,
District Court Judge Lars Swedenborg
Malmö District Court
Sweden

Doc. ID 1962796                                                    Page 2 (of 2)

Translated by Jeffrey Ganellen, authorised by Kammarkollegiet (the Swedish Legal, Financial and Administrative Services Agency, to translate from Swedish to English.