

| | | |
|---|---|---|
| **MALMÖ TINGSRÄTT**<br>Avdelning 4 | **FÖRFRÅGAN**<br>2025-12-17 | Aktbilaga 7<br>Mål nr T 14242-25<br>Enhet 404 T |

United States District Court Northern District of California

**Parter**: United States District Court Northern District of California ./. Crunchfish AB
**Målet gäller**: bevisupptagning åt utländsk domstol

Till den det berör,

Malmö tingsrätt i Sverige har mottagit en begäran om bevisupptagning från United States District Court for the Northern District of California. Tingsrätten erbjuder nu amerikansk domstol möjligt att tydliggöra denna begäran.

Tingsrätten ber er uppmärksamma Sveriges förklaring till artikel 23 i *1970 års Haagkonvention om bevisupptagning i utlandet i mål och ärenden av civil och kommersiell natur*, samt tillägget till förklaringen. Av förklaringen och tillägget framgår att en begäran om bevisupptagning som avser det i Common Law-stater tillämpade förfarandet pre-trial discovery of documents inte kommer efterkommas. I det fallet amerikansk domstol vidhåller ingiven begäran vill tingsrätten informera om följande.

En begäran utfående av handlingar och förhör därtill kan hållas av tingsrätten enligt svensk rättsordning, genom ett förfarande om editionsföreläggande. I det fallet motparten innehar skriftlig handling som kan antagas äga betydelse som bevis, är motparten skyldig att förete den. Undantag från editionsplikten finns för handlingar som innehåller yrkeshemligheter eller personliga minnesanteckningar.

Amerikansk domstol erbjuds nu möjlighet att komplettera er begäran med precisering av vilka handlingar ni begär att Crunchfish AB ska utge och anledningen därtill. Amerikansk domstol erbjuds även möjlighet att precisera de förhören ni begär att svensk domstol ska hålla, detta med information om vem det är som ska höras, kontaktuppgifter till förhörspersonerna, samt uppgifter om vad personen/personerna ska höras om. Vidare vill tingsrätten uppmärksamma er på att det enligt svensk rättsordning förhåller sig på så vis att förhör i fråga om edition hålls inför ett slutligt avgörande om utfående av handlingar. Förhören ska således avse fråga om rätten att utfå handlingar. Detta innebär att tingsrätten skulle kunna komma fram till att förhör som begärs i enlighet med nuvarande begäran från amerikansk domstol, som även begärs hållas för tid efter avgörande om utfående av handlingar, kan komma att avslås eller avvisas.

Sida 1 (av 2)

Dok.Id 1962796

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

| **Besöksadress**<br>Bangårdsplatsen 2<br>**Telefon**<br>040-35 30 00 | **Öppettider**<br>måndag–fredag<br>08:15–16:00 | **Postadress**<br>Box 265<br>201 22 Malmö | **E-post**<br>malmo.tingsratt@dom.se<br>**Webbplats**<br>www.malmotingsratt.domstol.se |

MALMÖ TINGSRÄTT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mål T 14242-25

Vänligen inkom med ett svar på ovan angivet **senast den 12 mars 2026**. I det fallet amerikansk domstol inte avhörs eller om de tydliggöranden som inkommer inte är på så sätt att begäran kan bifalls, kan tingsrätten komma att avslå eller avvisa den amerikanska domstolens begäran om bevisupptagning.

_____

Med vänliga hälsningar,
Rådmannen Lars Swedenborg
Malmö tingsrätt
Sverige